AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

United States of America
v.
Kevin Dunson

*Defendant(s)*

Case No. 1:24-mj-00478

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 29, 2024__ in the county of __Ingham__ in the __Western__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii), 841(b)(1)(C) 18 U.S.C. § 922(g)(1) | Possession with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine and cocaine; and Felon in possession of firearms |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

The Court processed the complaint remotely. The Court verified the Affiant's identity (by AUSA confirmation and through Affiant self-identification). Affiant attested to the affidavit and complaint via telephone, which the AUSA transmitted by remote electronic means (e-mail). The Court signed the original complaint and transmitted a correct copy of same to the Applicant, via the AUSA, by remote electronic means (e-mail). The process complied with Rules 3 and 4.1.

*Complainant's signature*

Matt S. Warzywak, TFO DEA
*Printed name and title*

Date: 10/31/2024

City and state: Grand Rapids, Michigan

*Judge's signature*

Ray Kent, U.S. Magistrate Judge
*Printed name and title*